# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STACY MEAUX

NO. 2023 KW 0378

**JULY 28, 2023**

---

In Re:    Stacy Meaux, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1301123.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

GH
WRC
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT